Exhibit 5

