# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Boost Oxygen, LLC,<br>*a Connecticut Limited Liability Company,* | Court File No.: 17cv5004 (PJS/SER) |
| Plaintiff, | **ORDER** |
| v. | |
| Oxygen Plus, Inc.,<br>*a Minnesota Corporation*, | |
| Defendant. | |

This matter comes before the Court on the Stipulation for Protective Order. The parties are ordered to insert the following language into the stipulation:

> This protective order does not authorize the filing of any document under seal. A confidential document may be filed only in accordance with L.R. 5.6.

An amended stipulation should be filed on CM/ECF with an amended proposed order emailed to chambers. If the parties do not agree with the language, they are instructed to contact chambers to set up a time to discuss this issue with the undersigned.

Dated: January 18, 2018                                         s/ *Steven E. Rau*
                                                                                 Steven E. Rau
                                                                                 U.S. Magistrate Judge