UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **BOOST OXYGEN, LLC**,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>**OXYGEN PLUS, Inc.**<br>　　　　　　　Defendant. | Case No. 0:17-cv-05004-PJS-SER<br><br>**NOTICE OF APPEAL** |

　　　NOTICE IS HEREBY GIVEN that pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Boost Oxygen, LLC ("Boost"), plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order dated August 10, 2020 denying Boost's motion to hold Oxygen Plus, Inc. ("O+") in contempt (ECF No. 90) for violating the Court approved Settlement and Consent Judgment dated May 14, 2018 (ECF 28) and all prior orders affecting the denial of Boost's motion for contempt, including but not limited to, Boost's initial motion to enforce the consent judgment (ECF 29), the order denying that motion as moot, (ECF 45), the transcript from the hearing on Boost's initial motion to enforce the consent judgment, (ECF 52), and the letter from the Court dated June 17, 2019, (ECF 55).

Dated: September 8, 2020.

By: /s/Barry M. Landy
　　Barry M. Landy (MN #0391307)
　　**Ciresi Conlin LLP**
　　225 South 6th Street, Suite 4600
　　Minneapolis, MN 55402
　　Telephone: 612-361-8200
　　Email: BML@ciresiconlin.com

　　Robert Neuner
　　Hoffmann & Baron LLP
　　6 Campus Drive
　　Parsippany, New Jersey 07054
　　Telephone: 973-331-1700

Facsimile:  973-331-1717
E-mail:  rneuner@hbiplaw.com

*Attorneys for Plaintiff Boost Oxygen, LLC*